CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| BRIAN C. DRIVER, ) | |
| Petitioner, ) | Civil Action No. 7:06CV00143 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| B.A. BLEDSOE, WARDEN, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 20th day of March, 2006.

_____
United States District Judge