CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRIAN C. DRIVER,<br>Petitioner, | Civil Action No. 7:06CV00143 |
| v. | **FINAL ORDER** |
| B.A. BLEDSOE, WARDEN,<br>Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 20th day of March, 2006.

/s/ Glen E. Conrad
United States District Judge